THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | Chapter 11 |
| Jacobs & Son, Inc., | ) | Case No. 14-24965 |
| | ) | Jointly Administered with 14-23708 |
| Debtor. | ) | |
| | ) | Hon. Jack B. Schmetterer |

**NOTICE OF THE DEBTOR'S MOTION AND HEARING FOR FINAL DECREE**

**TO:**   See Attached Service List

**PLEASE TAKE NOTICE** that Debtor/Debtor-in-Possession Jacobs & Son, Inc. (the "Debtor") has filed a Motion For Final Decree. This document may be inspected during usual business hours at the offices of the Clerk of the Bankruptcy Court or by request from the undersigned attorneys for the Debtor, and is available electronically through PACER (http://pacer.moeb.uscourts.gov)**. The Motion attaches a Group Exhibit showing $233,008.13 in Plan Payments made on the Effective Date. If you are a creditor and did not receive a payment you expected on the "Effective Date" as set forth in the Debtor's Chapter 11 Plan/Disclosure Statement, please advise the undersigned attorneys for the Debtor IMMEDIATELY.**

**TAKE FURTHER NOTICE** that a hearing to consider approval of the Debtor's Motion For Final Decree will be held on **November 3, 2015** at 11:00 a.m., before the Honorable Jack B. Schmetterer, or any Judge sitting in his stead, in Courtroom 682 of the United States Bankruptcy Court, or any other courtroom therein, 219 S. Dearborn Street, Chicago, Illinois. You are welcome, but not required, to attend this hearing.

Jacobs & Son, Inc.

By:   /s/ Alanna G. Morgan

**CERTIFICATE OF SERVICE**

I, Alanna G. Morgan, an attorney, caused a copy of this Notice and the above described Fee Application to be served upon the attached service list by regular mail on October 16, 2015, and this Notice and the Motion and proposed order to those marked with an asterisk (*).

/s/ Alanna G. Morgan

Keevan D. Morgan #1958844
Alanna G. Morgan #6313539
Morgan & Bley, Ltd.
900 W. Jackson Blvd. Suite 4E
Chicago, IL 60607
312.243.0006

Service List

Illinois Department of Revenue
PO Box 19044
Springfield, IL 62794-9044

Illinois Department of Revenue (*)
Bankruptcy Section
PO Box 64338
Chicago, IL 60664-0338

Department of Treasury
Internal Revenue Service
Cincinnati, OH 45999-0010

Internal Revenue Service
230 S Dearborn St.
Insolvency Unit
Room 2600
Chicago, IL 60604

United States Department of Justice
c/o United States Attorney General
950 Pennsylvania Avenue, N.W.
Washington D.C. 20530-001

Michael Kelly (*)
Assistant U.S. Attorney
219 S. Dearborn St.
Suite 500
Chicago, Illinois 60604

Department of the Treasury
Internal Revenue Service
550 Main Street
Room 1000
Cincinnati, OH 45202-5212

Illinois Department of Revenue
100 W Randolph St.
Legal Services M/C 7-900
Chicago, IL 60601

Jacobs & Son, Inc.
3901 Industrial Ave
Rolling Meadows, IL 60008-1001

Northbrook Bank & Trust
Attn: Bill Jurjovec
2247 W Lawrence Ave
Chicago, IL 60025

Accident Insurance
Dept 105
PO Box 2242
Birmingham, AL 35246-0001

Aetna Insurance
PO Box 7247-0213
Philadelphia, PA 19170-0001

Ally Financial
Serviced by Ally Servicing LL
PO Box 130424
Roseville, MN 55113-0004

Bank of America
PO Box 982238
El Paso, TX 79998-2238

Beeline Truck
133 Beeline Dr.
Bensenville, IL 60106-1609

Cement Mason Local 502
739 S 25th Ave
Bellwood, IL 60104

Speedway
1612 NE Expressway
Atlanta, GA 30329

Spring Align
2312 Rand Rd
Palatine, IL 60074

Super Mix
5435 Bull Valley Rd.
McHenry, IL 60050

Waste Management
700 Butterfield Rd, 4th Floor
Lombard, IL 60148

Wentworth Tire
300 N York Rd.
Bennsenville, IL 60106

West Side Exchange
1400 Ogden
Naperville, IL 60563

Illinois Department of Emp Security
PO Box 3637
Springfield, IL 62708

Cook County Treasurer
PO Box 805436
Chicago, IL 60680-4155

Corkill Insurance
25 Northwest Pr. Blvd
Suite 625
Elk Grove Village, IL 60007-1033

First National Bank of Omaha
PO Box 2818
Omaha, NE 69103-2818

First National Bank of Omaha
1620 Dodge St.
Stop Code 3105
Omaha, NE 68197-0003

JSI Ltd.
3901 Industrial Ave
Rolling Meadows, IL 60008-1001

KM Jacobs Property Rent
3901 Industrial Ave
Rolling Meadows, IL 60008-1001

Laborers District Council
11465 Cermak Road
Westchester, IL 60154-5768

Liberty Mutual
PO Box 2051
Keene, NH 03431-7051

Meyer Material
1819 Dor St
McHenry IL 60050-6586

Orange Crush
321 Center St.
Hillside, IL 60162-1814

Prairie Material
5185 Payshpere Circle
Chicago, IL 60674-0051

Citibank
PO Box 6235
Sioux Falls, SD 57117-6235

Sprint Nextel Correspondence
Attn: Bankruptcy Dept
PO Box 7949
Overland Park, KS 66207-0949

Village of Rolling Meadows
3500 Kirchoff
Rolling Meadows, IL 60008

A & A
196 Devon
Bensenville, IL 60106

Addison Building Supplies
3201 S Busse
Arlington Heights, IL 60005

Sec of State License Plates
3701 Winchester Rd
Springfield, IL 62707-9759

State Auto Insurance
PO Box 182738
Columbus, OH 43218-2738

Patrick S Layng
Attn: Denise Delaurent
Office of the US Trustee, Region 11
219 S Dearborn St.
Room 873
Chicago, IL 60604-2027

Allied Asphalt
1100 Brandt
Hoffman Estates, IL 60192

Allocco, Miller, Cahill
3409 Paulina
Chicago, IL 60647

Ally Finance
6716 Grade Lane
Building 9 Suite 910
Louiseville, KY 40213

B & B Project
21402 W Highway 60
Mendelein, IL 60060

Bluff City Materials
2252 Southwind Blvd
Bartlett, IL 60103

Brake Align
21020 N Rand Rd.  Unit A
Lake Zurich, IL 60047

Celli Truck Center
PO Box 1000, Dept 959
Memphis, TN 38148

Commonwealth Edison
PO Box 6111
Wheaton, IL 60187-6111

Cook County Treasurer
PO Box 805436
Chicago, IL 60680

Elmhurst Chicago Stone
401 W 1st St.
Elmhurst, IL 60126

First Communications
3340 W Market
Akron, OH 44333

Fredriksen Fire
760 Thomas Dr.
Bensenville, IL 60106

Heart Printing
1624 W Northwest Highway
Arlington Heights, IL 60004

Hitachi Capital
21925 Network Pl
Chicago, IL 60673

Laborer's Union
11465 Cermak Rd.
Westchester, IL 60154

Local 150 Operator's
6200 Joliet Rd
La Grange, IL 60525

MCC/Menards
PO Box 538
Eau Claire, WI 54702

Mohan Group LLC
650 W Higgins Rd
Hoffman Estates, IL 60169

Ozinga Concrete
PO Box 910
Frankfurt, IL

Post Office Mt. Prospect
300 W Central
Mount Prospect, IL 60056

Reliable Asphalt
935 W Chestnut # 203
Chicago, IL 60642

Rex Radiator
483 Evergreen
Bensenville, IL 60106

Sherman Mechanical
1075 Alexander Court
Cary, IL 60013-1891

James M. Crowley **\***
Crowley & Lamb, P.C.
221 N. LaSalle Street, Suite 1550
Chicago, IL 60601-1206

Christina K Krivanek
Laborers Pension Funds
111 W Jackson Blvd Suite 1415
Chicago, IL 60604

Francis J. Pendergast, III **(\*)**
Crowley & Lamb
221 N. LaSalle Street
Suite 1550
Chicago, IL 60601-1206

Donald D Schwartz
Arnold & Kadjan
203 N. LaSalle St., Suite 1650
Chicago, IL 60604

Trustees of the Cement Masons Pension
Fund, et. al.
739 25th Avenue
Bellwood, IL 60104

Patrick T. Wallace **(\*)**
Office of Fund Counsel
111 W. Jackson Blvd.
Suite 1415
Chicago, IL 60604

Midwest Operating Engineers |Retirement **(\*)**
Enhancement Fund
c/o Elizabeth LaRose, Institute for Work
6141 Joliet Road
Countryside, IL 60525

Midwest Operating Engineers Welfare
Fund c/o Elizabeth LaRose
 Institute for Worker Welfare
6141 Joliet Road
Countryside, Illinois 60525

Midwest Operating Engineers Pension Trust
Fund c/o Elizabeth LaRose
Institute for Work
6141 Joliet Road
Countryside, Illinois 60525

Midwest Operating Engineers REF c/o
Elizabeth LaRose
Institute for Worker Welfare, PC
6141 Joliet Road, Countryside, IL 60525

CRF
c/o Elizabeth LaRose
Institute for Worker Welfare, PC
6141 Joliet Road
Countryside, IL 60525

IUOE, Local 150, AFL-CIO
c/o Elizabeth LaRose
Institute for Worker Welfare
6140 Joliet Road
Countryside, IL 60525

Capital One Bank (USA), N.A.
PO Box 71083
Charlotte, NC  28272-1083

Illinois Department of Employment Security
33 South State Street
Chicago, Illinois 60603-2808
Attn: Bankruptcy Unit - 10th fl. **(*)**

Construction Industry Research/Service Trust
c/o Elizabeth LaRose
Institute for Worker Welfare, PC
6141 Joliet Road, Countryside, IL 60525

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

L150 IUOE Vaca Savings Plan
c/o Elizabeth LaRose
Institute for Worker Welfare, PC
6141 Joliet Road, Countryside, IL 60525

Operating Engineers L150
Apprenticeship Fund c/o Elizabeth LaRose
6141 Joliet Road
Countryside, IL 60525

Northbrook Bank & Trust Company
Francis J Pendergast, III c/o Crowley & Lamb
221 N LaSalle Street, Suite 1550
Chicago, IL 60601-1224

Laborers' Pension and Health and Welfare
Patrick T Wallace, Office of Fund Councel
111 West Jackson Blvd Suite 1415
Chicago, IL 60604-3868

Plote Construction Inc.
Andrew B Fuller/Fuller & Fuller
69 South Barrington Road
South Barrington, IL 60010

THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | |
| | ) | Chapter 11 |
| Jacobs & Son, Inc., | ) | Case No. 14-24965 |
| | ) | Jointly Administered with 14-23708 |
| Debtor. | ) | |
| | ) | Hon. Jack B. Schmetterer |

**THE DEBTOR'S MOTION FOR FINAL DECREE**

Now comes the Debtor, Jacobs & Son, Inc. through its attorneys, Keevan D. Morgan and Alanna G. Morgan of Morgan & Bley, Ltd. (the "Attorneys"), and moves this Honorable Court to enter a Final Decree closing the case. In support thereof, the Debtor states as follows: :

1. The plan has been substantially consummated as defined in 11 U.S.C. § 1101(2) in that the Debtor has completed distribution of the "Effective Date" Plan payments in the amount of $233,008.13, as shown in the group of checks attached hereto and attached as Group Exhibit 1.

2. It is in the interests of judicial and private economy to enter Final Decree and close the case.

Wherefore, Debtor prays that this Court enters a Final Decree closing the case.

Jacobs & Son, Inc.

By:     /s/ Keevan D. Morgan
One of its Attorneys

Keevan D. Morgan (1958844)
Morgan & Bley, Ltd.
900 West Jackson Blvd.
Suite 4 East
Chicago, Illinois 60607
312.243.0006
ARDC No. 958844